UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| GYBRANY ONOFRE,<br>     Plaintiff, | CASE NO. 1:17-cv-06160 |
| v. | Judge Robert W. Gettleman |
| TRANS UNION, LLC and<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br>     Defendants. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Gybrany Onofre, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, (collectively the "Parties") hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, Trans Union does not intend to participate in the Initial Status Hearing, currently scheduled for November 09, 2017, unless directed to do so by the Court. Plaintiff and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

Respectfully submitted,

Date: November 08, 2017

/s/ Geoff B. McCarrell (with consent)
Geoff B. McCarrell, #0086427
David S. Klain, #0066305
CONSUMER LAW PARTNERS, LLC
435 N. Michigan Ave., Suite 1609
Chicago, IL 60611
Telephone: (267) 422-1000
Fax: (267) 422-2000
E-Mail: geoff.m@consumerlawpartners.com

*Counsel for Plaintiff*

<u>*/s/ Katherine E. Carlton Robinson*</u>
Sandra Davis Jansen, (IN #27803-53)
Katherine E. Carlton Robinson, (IN #31694-49)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **8th day of November, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Geoffrey B. McCarrell, Esq. <br> geoff.m@consumerlawpartners.com | David S. Klain, Esq. <br> david@consumerlawpartners.com |
|---|---|
| Mary Kathryn Curry, Esq. <br> mkcurry@polsinelli.com | Rodney L. Lewis, Esq. <br> rodneylewis@polsinelli.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **8th day of November, 2017**, properly addressed as follows:

| None. | |
|---|---|

*s/ Katherine E. Carlton Robinson*
Sandra Davis Jansen, Esq. (IN #27803-53)
Katherine Carlton Robinson, Esq. (IN #31694-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*