# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GYBRANY ONOFRE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:17-cv-06160 |
| TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC, | ) ) Honorable Judge Robert W. Gettleman ) |
| Defendants, | ) Magistrate Judge Young B. Kim ) ) |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## WITH LEAVE TO REINSTATE AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Gybrany Onofre, and Defendant, Equifax Information Services, LLC, through their respective counsel that the above-captioned action is dismissed, without prejudice against Equifax Information Services, LLC with leave to reinstate the case on or before January 12, 2018 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After January 12, 2018 the dismissal will be entered with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 28, 2017                    Respectfully Submitted,

*/s/ Mary Kathryn Curry*                    */s/ Geoff B. McCarrell*
Mary Kathryn Curry #6285989                 Geoff B. McCarrell #0086427
Counsel for Equifax Information Services, LLC   Counsel for Plaintiff
Polsinelli PC                               Consumer Law Partners, LLC
150 N. Riverside Plaza, Suite 3000          435 N. Michigan Avenue, Suite 1609
Chicago, IL 60606                           Chicago, IL 60611
Phone: (312) 819-1900                       Phone: (267) 422-1000
Email: mkcurry@polsinelli.com               Email: geoff.m@consumerlawpartners.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Agreed Stipulation of Dismissal without Prejudice with Leave to Reinstate as to Equifax Information Services, LLC* is being filed electronically with the United States District Court for the Northern District of Illinois, on this 28th day of November, 2017. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

                                              */s/ Geoff B. McCarrell*
                                              Geoff B. McCarrell #0086427
                                              CONSUMER LAW PARTNERS, LLC