# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Gybrany Onofre,

Plaintiff,

v.

Trans Union, LLC et al.,

Defendants.

Case No. 17 cv 6160
Judge Robert W. Gettleman

## ORDER

Per stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed, without prejudice, against Equifax Information Services, LLC with leave to reinstate on or before January 12, 2018. After January 12, 2018, the dismissal will be entered with prejudice. Each party shall bear its own costs and attorney fees.

Date: 11/30/2017

_____
United States District Judge
Robert W. Gettleman