UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| GYBRANY ONOFRE, <br>         Plaintiff, | CASE NO. 1:17-cv-06160 |
| v. | Judge Robert W. Gettleman |
| TRANS UNION, LLC and <br> EQUIFAX INFORMATION <br> SERVICES, LLC, <br>         Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

      Plaintiff Gybrany Onofre, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

      Respectfully submitted,

Date: 12/05/17

/s/ *Geoff B. McCarrell* (with consent)
Geoffrey B. McCarrell, Esq.
David S. Klain, Esq.
Consumer Law Partners, LLC
435 N. Michigan Avenue, Suite 1609
Chicago, IL 60611
Telephone: (267) 422-1000
Fax: (267) 422-2000
geoff.m@consumerlawpartners.com
david@consumerlawpartners.com

*Counsel for Gybrany Onofre*

Date: 12/05/17                    /s/ *Katherine E. Carlton Robinson*
                                              Sandra Davis Jansen, Esq. (IN #27803-53)
                                              Katherine Carlton Robinson, Esq. (IN #31694-49)
                                               (admitted *Pro Hac Vice*)
                                              Schuckit & Associates, P.C.
                                              4545 Northwestern Drive
                                              Zionsville, IN  46077
                                              Telephone:  317-363-2400
                                              Fax:  317-363-2257
                                              E-Mail:  sjansen@schuckitlaw.com
                                              E-Mail:  krobinson@schuckitlaw.com

                                              *Counsel for Defendant Trans Union, LLC*


                                              Michael Joseph Sreenan, Esq.
                                              (IL ARDC #6194288)
                                              Michael J. Sreenan, P.C.
                                              1341 West Fullerton Avenue, No. 175
                                              Chicago, IL  60614
                                              Telephone:  (773) 549-8700
                                              Fax:  (773) 304-1999
                                              E-Mail:  msreenan@sreenanpc.com

                                              *Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **5th day of December, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Geoffrey B. McCarrell, Esq. geoff.m@consumerlawpartners.com | David S. Klain, Esq. david@consumerlawpartners.com |
|---|---|
| Mary Kathryn Curry, Esq. mkcurry@polsinelli.com | Rodney L. Lewis, Esq. rodneylewis@polsinelli.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of December, 2017**, properly addressed as follows:

| None. | |
|---|---|

*/s/ Katherine E. Carlton Robinson*
Sandra Davis Jansen, Esq. (IN #27803-53)
Katherine Carlton Robinson, Esq. (IN #31694-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: sjansen@schuckitlaw.com
E-Mail: krobinson@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*