# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Gybrany Onofre

                        Plaintiff,

v.                                           Case No.: 1:17−cv−06160
                                              Honorable Robert W. Gettleman

Trans Union, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 6, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation, this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees. Status hearing date of 12/12/2017 is stricken. Civil case terminated. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.